UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN A. BOZIK, | ) | CASE NO. 1: 06 CV 978 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | MEMORANDUM OPINION |
| STUART HUDSON, Warden, | ) | AND ORDER |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge David S. Perelman.  The Report and Recommendation (ECF # 25) is ADOPTED by this Court, and Petitioner's motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2254 (ECF # 1) is DENIED.

On June 12, 2000, a jury found Petitioner guilty of one count of aggravated murder and one count of murder, with both counts bearing a firearm specification.  Petitioner was sentenced to life with no parole eligibility prior to serving twenty years of imprisonment, with a consecutive mandatory three-year term for the firearm specification.  Petitioner filed this motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2254 on April 20, 2006, raising eight grounds for relief.

Pursuant to Local Rule 72.2, this matter was referred to Magistrate Judge Perelman for the preparation of a report and recommendation.  On December 13, 2006, Magistrate Judge Perelman recommended that this Court overrule Petitioner's motion.  Petitioner has not filed any objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation *de novo.  See Thomas v. Arn*, 474

U.S. 140 (1985). The Court finds Magistrate Judge Perelman's Report and Recommendation to be well-written, well-supported, and correct. Therefore, the Report and Recommendation (ECF # 25) is ADOPTED in its entirety. Petitioner's motion to vacate, set aside, or correct the sentence is DENIED.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

*s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: January 28, 2007